UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bahía Park, S.E.
    Plaintiff(s)

v.

USA, et al
    Defendant(s)

Civil No. 98-1940(PG)

RECEIVED & FILED
99 OCT -6 AM 8:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Motion to vol. dismiss the "takings" claims under Rule 41(A)(1)<br>Docket entry no. 13 | _X_ is GRANTED.<br><br>___ is DENIED.<br><br>___ is MOOT.<br><br>___ is NOTED. |

Date: October 5, 1999

*Juan M. Pérez-Giménez*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge