UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

BAHIA PARK, S.E.,

    Plaintiff

v.                                    Civ. No. 98-1940(PG)

UNITED STATES, ET AL.,

    Defendants

### PARTIAL JUDGMENT

The Court having granted plaintiff's "Voluntary Dismissal Without Prejudice of 'Takings' Claim Under Rule 41(a)(1)," it is hereby

**ORDERED AND ADJUDGED** that Count IV of the Complaint is **DISMISSED without prejudice**.

San Juan, Puerto Rico, October 5, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev.8/82)