UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

BAHIA PARK, S.E.,

    Plaintiff

v.   Civ. No. 98-1940 (PG)

UNITED STATES, ET AL.,

    Defendants

## ORDER REFERRING ACTION TO THE HON. JOSE A. FUSTE

The Honorable José A. Fusté has transferred to the undersigned the case of *Vieques Conservation and Historical Trust, Inc., et al. v. Daley, et al.*, Civ. No. 98-2017 (JAF).

This district's case transfer procedure provides that a receiving judge may send to the transferring judge a contemporaneous case of the same category and complexity. *See* Minutes of the Feb. 16, 1996 Judges' Meeting; Local Rule 302(7). The above captioned case meets these criteria. Therefore, the above captioned case is hereby **REFERRED** to the Honorable José A. Fusté.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 16, 2000.

                                                                     JUAN M. PEREZ-GIMENEZ
                                                                     U.S. District Judge