IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAHIA PARK, S.E.

**Plaintiff(s)**

v.                                       CIVIL NO.   98-1940 (JAG)

THE UNITED STATES OF AMERICA,
JOE R. MILLER, ET AL

**Defendant(s)**

---

**ORDER**

The Court has reviewed the motions submitted in response to the Questionnaire. Both sides seem to agree that this case can be resolved by dispositive motions. Accordingly, any party wishing to file a dispositive motion shall do so by **July 2, 2001**. The opposition brief(s) shall be filed by **August 3, 2001**. Motions seeking leave to file a reply brief(s) shall be filed in accordance with our Local Rules. The Court will hear oral argument on **August 22, 2001 at 10:00 a.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge