IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAHIA PARK, S.E.

Plaintiff(s)

v.                                                             CIVIL NO.   98-1940 (JAG)

THE UNITED STATES OF AMERICA,
JOE R. MILLER, ET AL

Defendant(s)

## ORDER

The Court grants the request for an extension of time (Docket # 27) and modifies the briefing schedule as follows:

(1) On **July 26, 2001**, Bahía Park shall file its motion for summary judgment; (2) On **August 16, 2001**, Federal Defendants shall file their opposition brief, along with any cross-motions for summary judgment; (3) On **August 23, 2001**, Bahía Park will file its reply and, if necessary, an opposition to the Federal Defendants' cross-motion for summary judgment; (4) On **September 6, 2001**, the Federal Defendants shall submit a reply to Bahía Park's opposition on the cross-motion for summary judgment.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge