UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                           DATE: AUGUST 21, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          CASE NO. CIV. 98-1940(JAG)

==================================================================
BAHIA PARK S.E.                           Attorneys:

            VS

UNITED STATES OF AMERICA

---

By Order of the Court the hearing in the above-mentioned case set for tomorrow is hereby reset for FRIDAY, SEPTEMBER 14, 2001 AT 9:00 AM.

   Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy

By Telephone:
Francisco Besosa-Bruni
Isabel Munoz-Voice Mail

