# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

BAHIA PARK, S.E.

    **Plaintiff(s)**

    v.                              **CIVIL NUMBER:**   98-1940 (JAG)

THE UNITED STATES OF AMERICA,
JOE R. MILLER, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/28/01<br>**Title:** Bahía Park's Request for Leave to Reply to Defendants' Opposition to Plaintiff's Motion to Strike<br>**Docket(s):** 42<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | Leave is granted to file the tendered reply. |

**Date:** August 30, 2001

                                      JAY A. GARCIA-GREGORY
                                      U.S. District Judge