UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                    DATE: SEPTEMBER 10, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIV 98-1940 (JAG)**

================================================================

BAHIA PARK, S.E.                           Attorneys:

      VS

UNITED STATES OF AMERICA

---

    **The Court is hereby granting defendant's motion #46 requesting a continuance of the hearing scheduled for Friday, September 14, 2001. The same is hereby reset for Thursday, November 8, 2001 at 10:00 AM.**

    Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

*Notified by telephone*