# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

BAHIA PARK, S.E.

    **Plaintiff(s)**

    v.                                CIVIL NUMBER:   98-1940 (JAG)

THE UNITED STATES OF AMERICA,
JOE R. MILLER, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/06/01<br>**Title:** Defendant's Reply Memorandum in Support of Defendants' Cross-Motion for Summary Judgment<br>**Docket(s):**<br>[ ] Plff(s)    [ x ] Dft(s)    [ ] Other | Defendants' Reply Memorandum in Support of Defendants' Cross-Motion for Summary Judgment is ordered to be filed. |

Date: September 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge