UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                               DATE: NOVEMBER 6, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**           **CASE NO. CIV. 98-1940 (JAG)**

=================================================================

BAHIA PARK S. E.                          Attorneys:

      VS

UNITED STATES OF AMERICA

---

By Order of the Court the hearing on motion for summary judgment set for November 8, 2001 at 10:00 AM is hereby vacated and set aside. The same is hereby rescheduled for **TUESDAY, NOVEMBER 30, 2002 AT 9:30 AM.**

Parties to be notified.

                                               _____
                                               Lily Alicea-Courtroom Deputy

Parties notified by telephone
Francisco Besosa-Atty. Morgan
Isabel Munoz-Personally
Daniel Flores-through Isabel Munoz
11-6-02
LEA


