UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAHIA PARK, S.E.

    **Plaintiff(s)**

v.                                CIVIL NO.  98-1940 (JAG)

THE UNITED STATES OF AMERICA,
JOE R. MILLER, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Reconsideration (by Bahía, 11/20/98); Bahía Park's Motion to Strike Document not Included in the Record (07/26/01); Defendants' Motion to Strike (08/16/01); <br> **Docket(s):** 12, 15, 31, 33, 41 | **DENIED.** |
| **Title:** Motion for Protective Order (by USA, 01/13/99); Request for Leave to File Documents in Spanish (by Bahía, 07/26/01) <br> **Docket(s):** 16, 30 | **GRANTED.** |
| **Title:** Motion for Leave to File (by USA, 08/16/01) <br> **Docket(s):** 34 | **MOOT.** |

[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other**

Date:  March 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge