UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAHIA PARK, S.E.

**Plaintiff**

v.                                    CIVIL NO. 98-1940 (JAG)

UNITED STATES OF AMERICA, et al.

**Defendants**

---

JUDGMENT

Based on the Order of this date, the Court hereby enters judgment dismissing the complaint in its entirety.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of September, 2003.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge