# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

BAHÍA PARK, S.E.,
  Plaintiff,

   v.

THE UNITED STATES OF AMERICA;
JOE R. MILLER, in his official capacity as
COLONEL, DISTRICT ENGINEER, U.S.
ARMY CORPS OF ENGINEERS; and
UNKNOWN AGENCIES AND/OR
PERSONS A, B, C, & D
  Defendants.

CIVIL ACTION NO. 98-1940 ~~(PG)~~ JAG

JUDICIAL REVIEW OF FINAL AGENCY
ACTION AND DECLARATORY RELIEF

RECEIPT # 140997
AMOUNT: 2255.00

NOV 2 1 2003

CASHIER SIGNATURE

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

  Plaintiff, Bahía Park, S.E., ("Bahía Park"), hereby appeals to the United States Court of Appeals for the First Circuit from each and every part of the Opinion and Order dated September 30, 2003 (Docket Nos. 52) (the "Opinion and Order") denying Plaintiff's Motion for Summary Judgment (Dockets Nos. 29 & 40) and granting the Federal Defendants' Cross Motion for Summary Judgment (Dockets Nos. 35, 36 & 49), as well as the Judgment (Docket No. 53), both of which were entered on the docket on October 7, 2003.

  **RESPECTFULLY SUBMITTED.**

  In San Juan, Puerto Rico on this 21st day of November, 2003.

c/s: Appeals Clerk
 11/21/03

**ADSUAR MUÑIZ GOYCO & BESOSA, P.S.C.**
*Attorneys for Bahía Park, S.E.*
P.O. Box 70294
San Juan, Puerto Rico 00936-8294
Tel. (787) 756-9000; Fax (787) 756-9010

MARSHAL D. MORGAN
morgan@amgblaw.com
USDC-PR No. 210901