## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

DATE:   December 18, 2003

DC #:   98-1940 (JAG)

APPEAL FEE PAID:   YES  _X_   NO ____

CASE CAPTION:   Bahía Park. S.E.   v.   USA

IN FORMA PAUPERIS:   YES ____   NO _X_

MOTIONS PENDING:   YES ____   NO _X_

NOTICE OF APPEAL FILED BY:   Plaintiff

APPEAL FROM:   Judgment and Opinion & Order entered on 10/07/03

SPECIAL COMMENTS:   Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries  1-16 | I |
| Docket Entry  17 | II |
| Docket Entry  17 | III |
| Docket Entries  18-38 | IV |
| Docket Entries  39-54 | V |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:      _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk

