Honorable Jay A Garcia-Gregory

98-01940

# United States Court of Appeals
## For the First Circuit

NO. 04-1017

98-1940 (JAG)

BAHIA PARK, S.E.
Plaintiff - Appellant

v.

UNITED STATES; JOE R. MILLER, IN HIS OFFICIAL CAPACITY AS COLONEL, DISTRICT ENGINEER; UNITED STATES ARMY CORPS OF ENGINEERS
Defendants - Appellees

ABC AGENCIES; JOHN DOE 98CV1940
Defendants

---

### JUDGMENT
**Entered: March 9, 2004**

Upon consideration of appellant's motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**

By_____
Appeals Attorney