*MANDATE*

98-01940

Honorable Jay A. Garcia-Gregory

# United States Court of Appeals
## For the First Circuit

NO. 04-1017

98-1940 (JAG)

BAHIA PARK, S.E.
Plaintiff - Appellant

v.

UNITED STATES; JOE R. MILLER, IN HIS OFFICIAL CAPACITY
AS COLONEL, DISTRICT ENGINEER; UNITED STATES ARMY
CORPS OF ENGINEERS
Defendants - Appellees

ABC AGENCIES; JOHN DOE 98CV1940
Defendants

### JUDGMENT
Entered: March 9, 2004

Upon consideration of appellant's motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**

By_____
Appeals Attorney

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 3/9/04

cc:  Francisco A. Besosa, Esq.
     Marshal D. Morgan, Esq.
     Isabel Munoz-Acosta, Esq.
     John T. Stahr, Esq.
     Honorable Jay A. Garcia-Gregory
     Ms. Rios de Moran, U.S.D.C. Clerk